UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X
FELIPE ROBLES VASQUEZ p/k/a RALDY,     Case No. 06 CV 0619
VASQUEZ and CAMPESINO ENTERTAINMENT
GROUP, INC.
                  Plaintiffs,

      v.                            **Rule 7.1 Statement**

FERNANDO TORRES NEGRON, TAMARA,
SOSA PASCUAL and JULIO DE LA ROSA-RIVE,

                  Defendants.
------------------------------------------X

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (a private non-governmental party) certifies that none of the Plaintiffs are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated:    New York, New York
           January 25, 2006

                                    Borstein & Sheinbaum
                                    Attorneys for Plaintiffs

                                By: _____
                                    James B. Sheinbaum (JS 0291)

                                    420 Lexington Avenue
                                    Suite 2920
                                    New York, New York 10170
                                    Tel.: (212) 687-1600
                                    Fax: (212) 687-8710