IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

FELIPE ROBLES VASQUEZ, p/k/a RALDY
VASQUEZ and CAMPESINO ENTERTAINMENT
GROUP, INC.,                                           CIV. NO. 06-CV-0619 [CM]

                              Plaintiffs               STIPULATION
                                                       EXTENDING TIME
              -against-                                TO ANSWER

FERNANDO TORRES NEGRON, TOMARA
SOSA-PASCUAL and JULIO DE LA
ROSA-RIVE,

                              Defendants.

-------------------------------------------------------x

        IT IS HEREBY STIPULATED AND AGREED by and between the under-

signed counsel for the parties herein, that the time for defendant Tomara Sosa-Pascual to

answer or move with respect to plaintiffs' summons and complaint be, and the same is hereby

extended to ~~March 30,~~ *March 3*, 2006.

Dated:       New York, New York
             February 21, 2006

Borstein & Sheinbaum                      Saldaña & Carvajal, P.S.C.
                                          Ian Carvajal, Esq.
                                          VIG Tower - Suite 702
                                          1225 Ponce de Leon Avenue
By: _____                 San Juan, Puerto Rico  00907
     Leon Borstein [ 5892 ]
Attorneys for Plaintiffs
420 Lexington Avenue - Suite 2920         Local Counsel for Purposes of
New York, New York 10170                  Stipulation Only
(212) 687-1600                            Mound Cotton Wollan & Greengrass

                                          By: _____
                                               Bruce R. Kaliner [BRK 6849]
                                          One Battery Park Plaza
So Ordered:                               New York, New York  10004
                                          (212) 804-4200

_____
            U.S.D.J.

2-22-06

┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED:                 │
└─────────────────────────────┘

** TOTAL PAGE.02 **