Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendants
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:   (646) 328-0120
Fax:            (646) 328-0121
William R. Bennett, III (WB 1383)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FELIPE ROBLES VÁSQUEZ p/k/a RALDY
VÁSQUEZ and CAMPESINO MUSIC
ENTERTAINMENT GROUP, INC.,

                  NOTICE OF MOTION

        Plaintiffs,

                  NO. 06 CV 0619 (Mc Mahon)

    -against-

FERNANDO TORRES NEGRÓN,
TAMARA SOSA-PASCUAL and
JULIO DE LA ROSA-RIVE,

        Defendants
-----------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that upon the Memorandum of Law, Affidavits of Fernando Torres Negron, and Affirmation of William R. Bennett, III accompanying this Notice, together with all the exhibits attached thereto, as well as all of the prior pleadings and papers filed herein, a motion to dismiss the complaint against the remaining defendant Fernando Torres Negron pursuant to Federal Rules of Civil Procedure Rule 12(b)(2), (3) and (6).

Dated: New York, New York
April 5, 2006

                              Yours, etc.,

                              *[signature]*

                              William R. Bennett, III
                              Bennett, Giuliano, McDonnell & Perrone, LLP
                              225 West 34th Street, Suite 402
                              New York, New York 10122
                              Telephone:    (646) 328-0120

To:    James Sheinbaum, Esq.
         Attorneys for Plaintiff
         420 Lexington Avenue Suite 2920
         New York, New York 10170
         (2120 687-1600 – Telephone
         (212) 687-8710 – Facsimile

Z:\Documents\All Files\D492 Campesino Ent\Pleadings\Notice of Motion-033106.doc