Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendants
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:  (646) 328-0120
Fax:        (646) 328-0121
William R. Bennett, III (WB 1383)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
FELIPE ROBLES VÁSQUEZ p/k/a RALDY
VÁSQUEZ and CAMPESINO MUSIC
ENTERTAINMENT GROUP, INC.,

      Plaintiffs,

   -against-           NO. 06 CV 0619 (Mc Mahon)

FERNANDO TORRES NEGRÓN,
TAMARA SOSA-PASCUAL and
JULIO DE LA ROSA-RIVE,

      Defendants
-------------------------------------------------------------X



## UNSWORN DECLARATION OF FERNANDO TORRES NEGRON UNDER PENALTY OF PERJURY PURSUANT TO 28 USC § 1746

I, Fernando Torres Negron, declare under the penalty of perjury that the foregoing is true and correct:

1. I am a lifetime resident of Puerto Rico. I presently live in Aibonito, Puerto Rico.

2. I have never been in the State of New York.

3. I do not, and never did, maintain an office, residence, bank account, or P.O. Box in the State of New York.

4. I do not, and never did, own any real estate in New York.

5. I do not, and never did, have any assets located in the state of New York.

6. I do not transact or conduct business within the State of New York.

7. Mr. Vásquez, the plaintiff here, attempted to prove in the *Puerto Rico Actions* that I copied significant elements of the melody of his song entitled "Nena Linda" when I composed "Noche de Fiesta." The jury determined that I did not copy the melody.

*[signature]*

Fernando Torres Negrón