# THE LAW FIRM OF
# BORSTEIN & SHEINBAUM

420 LEXINGTON AVENUE, SUITE 2920
NEW YORK, N.Y. 10170-0002

LEON BAER BORSTEIN
JAMES B. SHEINBAUM*

*ALSO ADMITTED IN GEORGIA
FLORIDA AND CALIFORNIA

(212) 687-1800
FAX (212) 687-8710

April 12, 2006

By Fax (914) 390-4152
Hon. Colleen McMahon
U.S. Courthouse
300 Quarropas Street, Room 533
White Plains, N.Y. 10601-4150



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

CHAMBERS OF
COLLEEN McMAHON

Re: Vasquez, et al. v. Torres-Negron
06 Civ. 0619 (CM) (S.D.N.Y.)

MEMO ENDORSED

Dear Judge McMahon:

I am writing you on behalf of Plaintiffs in the above captioned action to request an extension of time to respond to the motion of Defendant Fernando Torres-Negron to dismiss the action pursuant to Fed.R.Civ.P. 12(b)(2), (3) and (6) on the grounds of lack of personal jurisdiction, improper venue and failure to state a claim. Dk. Nos. 6-9. Plaintiffs' request an extension until May 1, 2006.

Defendant's motion was filed on April 5, 2005. Dk. Nos. 6-9. The response is due April 19, two weeks later. There have not been any prior requests for additional time to respond to this motion. I spoke to Defendant's counsel by telephone and informed him that I would be requesting an extension. He did not say that he opposed the request. A pretrial conference is scheduled for May 19.

I am the attorney handling this action for Plaintiffs. The reason for the request is that I am on vacation until April 17 and upon my return am engaged in a hearing on April 19 at the American Arbitration Association arbitration (which started in March) in the matter entitled Inspired Corp. v. Brain Damage Films.

Under the circumstances, it is respectfully requested that Plaintiffs be granted to and including May 1, 2006 to respond to Defendant's pending motion to dismiss (Dk. Nos. 6-9).

Respectfully,

James B. Sheinbaum

cc: William R. Bennett, III, Esq.
Fax No. (646) 328-0121

Copies mailed / handed / faxed to counsel 4/12/06