UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————X

Felipe Robles Vasquez p/k/a Raldy Vasquez and
Campesino Entertainment Group, Inc.,

          Plaintiff(s),          06 Civ. 00619 (CM)(MDF)

 -against-

                                        ORDER OF REFERENCE
Fernando Torres Negron, et al.,         TO A MAGISTRATE JUDGE

          Defendant(s).

——————————————————X

The above entitled action is referred to the Honorable Mark D. Fox, United States Magistrate Judge for the following purpose(s):

  ✓  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

___ Specific Non-Dispositive Motion/Dispute:*

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:___

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:___

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:___

All such motions:___

* Do not check if already assigned for general pretrial.

Dated: 5/19/06
White Plains, New York

SO ORDERED

_____
Hon. Colleen McMahon
United States District Judge