**Bennett, Giuliano, McDonnell & Perrone, LLP**
**Attorneys for Defendant Fernando Torres-Negrón**
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:   (646) 328-0120
Fax:         (646) 328-0121
**William R. Bennett, III (WB 1383)**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FELIPE ROBLES VÁSQUEZ p/k/a RALDY
VÁSQUEZ and CAMPESINO MUSIC
ENTERTAINMENT GROUP, INC.,

                          **NOTICE OF MOTION**

              Plaintiffs,

                          NO. 06 CV 0619 (Mc Mahon)

    -against-

FERNANDO TORRES NEGRÓN,

              Defendants
-----------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law and Declaration of William R. Bennett, III accompanying this Notice, together with all the exhibits attached thereto, as well as all of the prior pleadings and papers filed herein, a motion pursuant to 28 U.S.C. §1404 to change the venue of this matter to the United States District Court for the District of Puerto Rico will be made before the Honorable Colleen McManon, United States District Court Judge, Southern District of New York.

Dated:  New York, New York
        June 20, 2006

                              Yours, etc.,

                                  **/S/**
                            William R. Bennett, III
                            Bennett, Giuliano, McDonnell & Perrone, LLP
                            225 West 34th Street, Suite 402
                            New York, New York 10122
                            Telephone:   (646) 328-0120

**TO**:   James Sheinbaum, Esq.
Attorneys for Plaintiff
420 Lexington Avenue Suite 2920
New York, New York 10170
(212) 687-1600 – Telephone
(212) 687-8710 – Facsimile

Z:\Documents\All Files\D492 Campesino Ent\Pleadings\NotofMotionTransfer.060806doc.doc