**Bennett, Giuliano, McDonnell & Perrone, LLP**
**Attorneys for Defendant Fernando Torres-Negrón**
**225 West 34th Street, Suite 402**
**New York, New York 10122**
**Telephone:   (646) 328-0120**
**Fax:              (646) 328-0121**
**William R. Bennett, III (WB 1383)**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FELIPE ROBLES VÁSQUEZ p/k/a RALDY
VÁSQUEZ and CAMPESINO MUSIC
ENTERTAINMENT GROUP, INC.,

                      Plaintiffs,                    NO. 06 CV 0619 (Mc Mahon)

    -against-

FERNANDO TORRES-NEGRÓN,

                      Defendants
------------------------------------------------------------X

## AFFIRMATION OF WILLIAM R. BENNETT, III

       William R. Bennett, III, hereby affirms under the penalties of perjury under the laws of the United States of America that the foregoing is true and correct:

1.      I am a partner with the firm of Bennett, Giuliano, McDonnell & Perrone, LLP, counsel for the defendant Fernando Torres-Negrón and submit this affirmation in support of defendant Fernando Torres-Negrón's motion to change venue to the United States District Court for the District of Puerto Rico pursuant to 28 U.S.C. § 1404.

2.      In support of the motion I attach the following exhibits which are true and correct copies:

        Exhibit A    Declaration of Fernando Torres-Negron

        Exhibit B    Judgment entered in the Puerto Rico Action.

    Exhibit C    Minutes of proceedings in the Puerto Rico Action.

    Exhibit D    Verdict Form.

    Exhibit E    Opinion and Order of Hector M. Laffitle, United States District Court Judge for the District of Puerto Rico

Dated: New York, New York
June 20, 2006

_____/S/_____
WILLIAM R. BENNETT, III

Z:\Documents\All Files\D492 Campesino Ent\Pleadings\WRBAffm-040506.doc