**Bennett, Giuliano, McDonnell & Perrone, LLP**
**Attorneys for Defendant Fernando Torres-Negrón**
**225 West 34th Street, Suite 402**
**New York, New York 10122**
**Telephone:   (646) 328-0120**
**Fax:            (646) 328-0121**
**William R. Bennett, III (WB 1383)**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
FELIPE ROBLES VÁSQUEZ p/k/a RALDY          NO. 06 CV 0619
VÁSQUEZ and CAMPESINO MUSIC                    (Mc Mahon)
ENTERTAINMENT GROUP, INC.,

                Plaintiffs,                         **RULE 7.1 STATEMENT**

    -against-

FERNANDO TORRES-NEGRÓN,

                Defendants
-----------------------------------------------------------X

       Pursuant to F.R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated:  New York, New York
        June 20, 2006

                              Respectfully submitted,

                              Bennett, Giuliano, McDonnell & Perrone, LLP
                              Attorneys for defendant

                                /S/
                            _____
                            William R. Bennett, III
                            225 West 34th Street, Suite 402
                            New York, New York 10122
                            Telephone:  (646) 328-0120