UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FELIPE ROBLES VASQUEZ p/k/a RALDY
VASQUEZ and CAMPESINO ENTERTAINMENT      06 Civ. 0619(CM)
GROUP, INC.,


                        Plaintiffs,


        -against-


FERNANDO TORRES NEGRON, TAMARA
SOSA-PASCUAL and JULIO DE LA
ROSA-RIVE,


                        Defendants.

------------------------------------X




                Affidavit In Opposition
            To Defendant's Motion To Change
            Venue Pursuant to 28 U.S.C. §1404(a)




                **BORSTEIN & SHEINBAUM**
            **420 Lexington Avenue, Suite 2920**
                **New York, New York 10170**
                **Tel.: (212) 687-1600**
                **Fax:  (212) 687-8710**

```
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FELIPE ROBLES VASQUEZ p/k/a RALDY
VASQUEZ and CAMPESINO ENTERTAINMENT        06 Civ. 0619(CM)
GROUP, INC.,


                            Plaintiffs,


           -against-                          Affidavit In
                                              Opposition

FERNANDO TORRES NEGRON, TOMARA
SOSA-PASCUAL and JULIO DE LA
ROSA-RIVE,


                         Defendants.
------------------------------------X


State of New York     )

County of New York    ) ss.:
```

James B. Sheinbaum, being duly sworn, deposes and says:


1.  I am a member of Borstein & Sheinbaum, attorneys for Plaintiffs in the above captioned action, and am familiar with the following facts and circumstances.

2.  I submit this affidavit in opposition to the motion of Defendant Fernando Torres-Negron seeking transfer of this action to the United States District Court in Puerto Rico pursuant to 28 U.S.C. §1404(a).  Dk. No. 16-18.

3.  The following documents are attached as Exhibits:

1

| Exhibit Number | Description |
|---|---|
| 1 | Final Partial Judgment in <u>Fernando Torres-Negron v. Antonio L. Rivera-Lopez, et al.,</u> 02 Civ. 1728(HL) (D. Puerto Rico) |
| 2 | Plaintiffs' Rule 26 Initial Disclosures |
| 3 | Defendant Torres-Negron's Rule 26 Initial Disclosures |
| 4 | Initial Scheduling Conference Report dated February 15, 2006 in <u>Fernando Torres-Negron v. J&N Publishing et al.,</u> 05 Civ. 1216 (JAG) D. Puerto Rico) |
| 5 | Print out of Civil Docket For Case 3:05-cv-01216-JAG-JA |

4.  The Court is respectfully referred to Plaintiffs' accompanying Memorandum Of Law In Opposition To Defendant Fernando Torres-Negron's motion to transfer this action pursuant to 28 U.S.C. §1404(a) for the facts, circumstances, arguments and legal authorities supporting Plaintiffs' opposition to Defendant's motion.

James B. Sheinbaum

Sworn to before me this 30th day of June, 2006

Notary Public

TRACEY WHISNANT
Commissioner of Deeds
City of New York - No.4-5369
Certificate Filed in New York County
Commission Expires May 1, 2008

2

# Exhibit 1

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

FERNANDO TORRES NEGRON,
    Plaintiff

v.
                             Civil No. 02-1728 (HL)
                             Civil No. 02-1729 (HL)

ANTONIO L. RIVERA, ET AL.,
    Defendants.

# FINAL PARTIAL JUDGMENT

    The Court having issued an Opinion and Order on today's date (Dkt. No. 488), "find[s] that there is no just reason for delay" in entering final partial judgment. *See* Fed.R.Civ.P. 54(b). Plaintiff Fernando Torres Negrón's severed claims as to the songs *Noche de Fiesta* and *Bebo por Ti* are wholly separable from his remaining claims concerning the song *Triste Final*. These severed claims are discrete and involve separate facts and legal issues from Plaintiff's claims for *Triste Final*. Moreover, partial judgment in this case will work no prejudice to any party and will promote judicial economy.

    Accordingly, the Court hereby enters final partial judgment, pursuant to Fed.R.Civ.P. 54(b), dismissing Plaintiff Fernando Torres Negrón's claims regarding the musical works *Noche de Fiesta* and *Bebo Por Ti* against Defendant J & N Records and Defendant Antonio L. Rivera with prejudice and without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED**.

San Juan, Puerto Rico, May 24, 2006.

                             S/ HECTOR M. LAFFITTE
                             United States District Judge

# Exhibit 2

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FELIPE ROBLES VASQUEZ p/k/a RALDY
VASQUEZ and CAMPESINO ENTERTAINMENT        06 Civ. 0619(CM)
GROUP, INC.,


                        Plaintiffs,

                                           Plaintiffs'
        -against-                          Fed.R.Civ.P.26(a)(1)
                                           Initial Disclosures

FERNANDO TORRES NEGRON, et al.,

                  Defendants.
------------------------------------X


    Plaintiffs Filipe Robles Vasquez ("Vasquez") and Campesino

Entertainment Group, Inc. ("Campesino") for their Initial

Disclosures pursuant to Fed.R.Civ.P. 26(a)(1) state:


    (A) Names and known addresses and telephone numbers of

individuals with discoverable information that Plaintiffs may use

to support their claims unless solely for impeachment and

subjects of the information:

    Filipe Robles Vasquez, Caretera La Isabela Residencial Irene

#17 Alto Arro Hondo 3ro Santo Domingo Dominican Republic

Telephone No. 809-440-4757.

    Mr. Vasquez will be used by Plaintiffs to support the

claims.  He will provide information concerning the creation and

writing of Nena Linda, the exploitation of Nena Linda, the

                            1

similarities between Nena Linda and Noche de Fiesta, the record and music industry, the administration agreement between Campesino and Vasquez.

Campesino Entertainment Group, Inc., 24 White Birch Dr. Pomona, N.Y. 10970 Telephone No. (845) 362-3960.

Campesino will be used by Plaintiffs to support the claims. It will provide information concerning the exploitation of Nena Linda, the record and music industry, the administration agreement between Campesino and Vasquez.  The witness for Campesino is expected to be Marti Cuevas.

Fernando Torres Negron ("Torres"), full address and telephone number unknown.  Based upon filed court papers, he resides in Puerto Rico.

Torres will be used by Plaintiffs to support the claims.  He will provide information concerning the creation of Noche de Fiesta, the exploitation of Noche de Fiesta, his relationship with ASCAP, royalties he received for exploitation of Noche de Fiesta, settlements and money paid pursuant to settlements concerning Noche de Fiesta, the copyrighting of Noche de Fiesta in the United States and Puerto Rico and the availability of Nena Linda in Puerto Rico prior to the writing of Noche de Fiesta.

Angel Fernandez, P.O. Box 230306, Queens, N.Y. 11423 Telephone No. (718) 740-3247.

Mr. Fernandez will be used by Plaintiffs to support the

2

claims.  He will provide an opinion concerning the alleged
infringement.

Corporate representative from Sony BMG Music Entertainment,
550 Madison Avenue, N.Y., N.Y. 10022 General Telephone Number
(212) 833-9000.  The representative will be used by Plaintiffs to
support the claims.  The representative will provide information
about the settlement and payment to Torres for Noche de Fiesta.

Corporate representative from EMI-Latin, EMI Music Notrh
America, 304 Park Avenue South, N.Y. 10010 General Telephone No.
(212) 253-3100.  The representative will be used by Plaintiffs to
support the claims.  The representative will provide information
about the settlement and payment to Torres for Noche de Fiesta.


(B) Description and location of documents in Plaintiffs' custody
that may be used in support of the claims not related solely to
impeachment:

Applications for copyright (Plaintiffs' custody)

Filed Copyright certificates (Copyright Office and
Plaintiffs' custody)

Deposit copies containing Noche de Fiesta (Copyright Office
and Torres' custody)

Deposit copies containing Nena Linda (Copyright Office and
Plaintiffs' custody)

Compact discs containing Noche de Fiesta (Federal District

3

Court Puerto Rico, Plaintiffs' custody and Torres' custody)

Compact disc and audio cassette containing Nena Linda
(Federal District Court Puerto Rico and a copy of Nena Linda in
Torres' and Vasquez's custody)

Transcripts of testimony of Torres at deposition and trial
(Federal District Court Puerto Rico and Plaintiffs' custody)

Trial exhibits of Torres humming and singing Noche de Fiesta
(Federal District Court District of Puerto Rico)

Trial exhibits of Vasquez humming Nena Linda (Federal
District Court District of Puerto Rico)

Statements of Torres under penalty of perjury concerning his
authorship of Noche de Fiesta (Federal District Court of Puerto
Rico - court filed documents)

Pleadings of Torres in federal court actions in which he
claims to be the author of Noche de Fiesta (Federal District
Court of Puerto Rico - court filed documents and Torres' custody)

Filings with in Puerto Rico by Torres claiming authorship of
Noche de Fiesta and Certificate issued based upon those filings
(Copyright Registry in Puerto Rico and Torres' custody)

Order and Decision of Judge Hector Laffitte dated May 24,
2006 (Federal District Court of Puerto Rico - court filed
document available on line at court site)

Final judgment dismissing copyright claim of Torres based
upon Noche de Fiesta (Federal District Court of Puerto Rico -

4

court filed document available on line at court site)

Settlement agreements concerning Noche de Fiesta (in Torres'
possession and possession of SonyBMG and EMI-Latin, respectively)

Documents reflecting payments for use and/or exploitation of
Noche de Fiesta (in Torres' possession, trial exhibits in Federal
District Court Puerto Rico, SonyBMG and EMI-Latin)

ASCAP Contracts (ASCAP and Torres' possession)

ASCAP Statements (ASCAP and Torres' possession)

ASCAP Payments (ASCAP and Torres' possession)

Correspondence notifying Torres of Vasquez's copyright in
Nena Linda and Campesino's rights as adminsistrator of Nena Linda
(Plaintiffs and Torres possession)

Administration Agreement between Vasquez and Campesino
(Plaintiffs)


(C) Computation of Damages:

Actual damages and profits pursuant to 17 U.S.C. §504(b) and
lost revenue: total amount of money received by and/or paid to
Torres for use and/or exploitation of Noche de Fiesta from all
sources.  Upon information and belief, actual damages exceed
$130,000 based upon settlement payments (upon information and
belief exceeding $130,000 from SonyBMG and EMI-Latin), royalty
payments to Torres ($900 from Antonio Rivera) and, upon
information and belief, in excess of $500 from ASCAP.

5

Statutory damages under 17 U.S.C. §504(c): $150,000 for each wilful copyright infringement.

Attorney's fees under 17 U.S.C. §505

Interest

Costs and disbursements of the action pursuant to Fed.R.Civ.P. 54(d) and 17 U.S.C. §505

Costs and expenses, including legal fees and expert reports and testimony, of proceedings to have Torres' copyright claims declared invalid and deleted from public records. See Fed.R.Civ.P. 54(d) and 17 U.S.C. §505

The documents supporting these computations are described in (B) above together with documentation of costs and expenses for attorney's fees and disbursements to be incurred hereafter.


(D) To date, no claim has been interposed by Torres against Plaintiffs. Plaintiffs do not carry insurance covering their claims against Torres.

Dated: New York, New York

June 7, 2006

Borstein & Sheinbaum
Attorneys For Plaintiffs

By: _James B. Sheinbaum_

James B. Sheinbaum (JS 0291)

420 Lexington Avenue
Suite 2920
New York, New York 10170
(212) 687-1600

6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE ROBLES VASQUEZ p/k/a RALDY          )
VASQUEZ and CAMPESINO ENTERTAINMENT        )
GROUP, INC.,                               )
        Plaintiff,                 )
                                   )    06 Civ. 0619(CM)
                                   )
                                   )
        v.                         )  **CERTIFICATE OF SERVICE**
                                   )
FERNANDO TORRES NEGRON, TOMARA             )
SOSA-PASCUAL and JULIO DE LA               )
ROSA-RIVE,                                 )
                                   )
        Defendants.                )
----------------------------------------- )

    I HEREBY CERTIFY that on June 7, 2006, a true and correct
copy of Plaintiffs' "Plaintiffs' Fed.R.Civ.P.26(a)(1) Initial
Disclosures" was served on William R. Bennett, III, Esq., 
Defendants' attorney in this action, by depositing a true copy
thereof enclosed in a post-paid wrapper, in an official
depository under the exclusive care and custody of the U.S.
Postal Service within New York State, addressed to each of the
following persons at the last known address set forth after each
name:

        William R. Bennett, Esq.
        Bennett, Giuliano, McDonnell & Perrone, LLP
        225 West 34th Street, Suite 402
        New York, New York 10122
        Fax No. (646) 328-0121


Dated:  New York, New York
       June 7, 2006


        By:         
            James B. Sheinbaum (JS 0291)

        Borstein & Sheinbaum
        Attorney for Plaintiffs
        420 Lexington Avenue, Suite 2920
        New York, NY 10170
        Tel: (212) 687-1600

Exhibit 3

Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendant Fernando Torres-Negrón
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:   (646) 328-0120
Fax:             (646) 328-0121
William R. Bennett, III (WB 1383)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| FELIPE ROBLES VÁSQUEZ p/k/a RALDY VÁSQUEZ and CAMPESINO MUSIC ENTERTAINMENT GROUP, INC., | NO. 06 CV 0619 (Mc Mahon) |
|---|---|
| Plaintiffs, | **DEFENDANT'S FED. R. CIV.P. 26(a)(1) INITIAL DISCLOSURES** |
| -against- | |
| FERNANDO TORRES-NEGRÓN, | |
| Defendants | |

-------------------------------------------------------------X

Defendant Fernando Torres-Negrón, for his response to plaintiff's initial disclosures pursuant to Fed.R.Civ.P. 26(a)(1), states as follows:

**(A)     Names and known addresses and telephone numbers of individuals with discoverable information:**

Felipe Robles Vasquez, Caretera La Isabela Residencial Irene #17 Alto Arro Hondo, Santo Domingo, Dominican Republic Telephone No. 809-440-4757.

Marti Cuevas c/o Campesino Entertainment Group, Inc., 24 White Birch Dr. Pomona, N.Y. 10970, Telephone No. (845) 362-3960.

Fernando Torres-Negrón, Puerto Rico.

Corporate representative from Sony BMG Music Entertainment, 550 Madison Avenue, N.Y., N.Y. 10022, General Telephone Number (212) 833-9000.

Corporate representative from EMI-Latin, EMI Music North America, 304 Park Avenue South, N.Y. 10010, General Telephone No. (212) 253-3100.

**(B)     Description and location of documents in defendant's custody:**

Deposit copies containing "Noche de Fiesta"

Compact discs containing "Noche de Fiesta "

Compact disc and audio cassette containing "Nena Linda "

Deposition and trial transcripts relating to testimony given in the action entitled Fernando Torres-Negrón v. Antonio Rivera, et al., Civ. No.s 02-1728; 02-1729 (HL)

Trial exhibits in the action entitled Fernando Torres-Negrón v. Antonio Rivera, et al., Civ. No.s 02-1728; 02-1729 (HL)

Statements

Pleadings in actions entitled Fernando Torres-Negrón v. Antonio Rivera, et al., Civ. No.s 02-1728; 02-1729 (HL) and Fernando Torres-Negrón v. J&N Publishing, Inc., Civ. No. 05-1216 (JAG)

Documents reflecting payments for use and/or exploitation of "Noche de Fiesta"

ASCAP Contracts

ASCAP Statements

ASCAP Payments

Correspondence notifying Torres of Vasquez's copyright in "Nena Linda" and Campesino's rights as administrator of Nena Linda

**(C)     Computation of Damages:**

N/A

**(D)     Insurance**

N/A

Dated: New York, New York
        June 20, 2006

2

Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendant

William R. Bennett, III
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:     (646) 328-0120

Z:\Documents\All Files\D492 Campesino Ent\Pleadings\DefRespPlfIniDiscl-060806.doc

3

# Exhibit 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

FERNANDO TORRES-NEGRÓN,

Plaintiff

v.                                                          CIVIL 05-1216 (JAG)

J&N PUBLISHING, INC., et al.,

Defendants

INITIAL SCHEDULING CONFERENCE REPORT

At the conference held on February 3, 2006, plaintiff was represented by Julio de la Rosa Rivé, Esq., defendants by Herman Colberg-Guerra, Jorge Peirats and James B. Sheinbaum, Esqs.

Many of the factual issues in this case will be addressed in a parallel case being tried before Judge Laffitte. Resolution of that case will resolve many issues which are pending in this one and possibly help resolve the entire case. Parties will ask for a brief extension to comply with Rule 26 requirements.

At San Juan, Puerto Rico this 15th day of February, 2006.

S/ JUSTO ARENAS
Chief United States Magistrate Judge

# Exhibit 5

OPENFILE

# United States District Court
## District of Puerto Rico (San Juan)
### CIVIL DOCKET FOR CASE #: 3:05-cv-01216-JAG-JA

| | |
|---|---|
| Torres-Negron v. J&N Publishing, Inc. et al | Date Filed: 02/28/2005 |
| Assigned to: Judge Jay A Garcia-Gregory | Jury Demand: Plaintiff |
| Referred to: Chief Mag. Judge Justo Arenas | Nature of Suit: 820 Copyright |
| Demand: $150,000 | Jurisdiction: Federal Question |
| Cause: 17:101 Copyright Infringement | |

**Plaintiff**

**Fernando Torres-Negron**                    represented by    **Julio A. De la Rosa-Rive**
P.O. Box 16332
San Juan, PR 00908-6332
787-725-5574
Email: julrr@prw.net
*TERMINATED: 05/22/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tamara S. Pascual**
Pascual, Moran & Associates
PMB 137
1507 Ponce de Leon Ave
San Juan, PR 00909
787-722-4343
Fax: 787-722-4300
Email: tamara@pascualmoran.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**J&N Publishing, Inc.**                    represented by    **PhV James B. Sheinbaum**
Borstein & Sheinbaum
420 Lexington Ave.
Suite 2920
New York, NY 10170
US
212-687-1600
Fax: 212-687-8710
Email: jshein2000@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman G. Colberg-Guerra**
Pietrantoni Mendez & Alvarez
209 Munoz Rivera Ave.
Suite 1901
San Juan, PR 00918
787-274-4907
Fax: 787-274-1470
Email: hcolberg@pmalaw.com
*ATTORNEY TO BE NOTICED*

**Jorge I. Peirats**
Pietrantoni Mendez & Alvarez
209 Munoz Rivera Ave.
Suite 1901
San Juan, PR 00918
787-274-4904
Fax: 787-274-1470
Email: jpeirats@pmalaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**J&N Records, Inc.**                    represented by  **PhV James B. Sheinbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman G. Colberg-Guerra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jorge I. Peirats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**J&N Records Distirbutors, Inc.**       represented by  **PhV James B. Sheinbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman G. Colberg-Guerra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jorge I. Peirats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**J&N Distributor, Inc.**                represented by  **PhV James B. Sheinbaum**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman G. Colberg-Guerra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jorge I. Peirats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Juan Hidalgo**                    represented by   **PhV James B. Sheinbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman G. Colberg-Guerra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jorge I. Peirats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Nelson Estevez**                  represented by   **PhV James B. Sheinbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman G. Colberg-Guerra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jorge I. Peirats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**Marti Cuevas**                    represented by   **PhV James B. Sheinbaum**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Herman G. Colberg-Guerra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jorge I. Peirats**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**A-Z Corporations**

**Defendant**

**John Doe 05CV1216**

**Defendant**

**Jane Doe 05CV1216**

**Defendant**

**A-Z Insurance Companies.**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/28/2005 | 1 | COMPLAINT against all defendants (Filing fee $ 250.), filed by Fernando Torres-Negron. (Attachments: # 1 Civil Cover Sheet # 2 current address notice)(De la Rosa-Rive, Julio) (Entered: 03/02/2005) |
| 05/17/2005 | 2 | Summons Issued as to Nelson Estevez, Marti Cuevas, J&N Publishing, Inc., J&N Records, Inc., J&N Records Distirbutors, Inc., J&N Distributor, Inc., Juan Hidalgo.Service due by 9/14/2005. (jg, ) (Entered: 05/18/2005) |
| 05/26/2005 | 3 | MOTION to Clarify *regarding service of summons* filed byJulio A. De la Rosa-Rive on behalf of Fernando Torres-Negron (De la Rosa-Rive, Julio) (Entered: 05/26/2005) |
| 05/26/2005 | 4 | ORDER granting 3 Motion to clarify. Plaintiffs shall return executed summonses by September 14, 2005. Signed by Judge Jay A Garcia-Gregory on 05/25/05. (mc, ) (Entered: 05/26/2005) |
| 07/13/2005 | 5 | INFORMATIVE Motion regarding non response to waiverof summons filed byTamara S. Pascual on behalf of Fernando Torres-Negron (Pascual, Tamara) Modified on 7/18/2005 pdf signature does not match with attorney who filed the motion (jg, ). (Entered: 07/13/2005) |
| 07/13/2005 | 6 | AMENDED COMPLAINT against all defendants, filed by Fernando Torres-Negron. Service due by 11/10/2005,(Pascual, Tamara) (Entered: 07/13/2005) |
| 09/14/2005 | 7 | MOTION for extension of time of 30 days to complete service of summons filed by Tamara S. Pascual on behalf of Fernando Torres-Negron Suggestions in opposition/response due by 9/27/2005 (Attachments: # 1 # 2 # 3 # 4 # 5)(Pascual, Tamara) Modified on 9/16/2005 add docket text (jg, ). (Entered: 09/14/2005) |
| 09/15/2005 | 8 | ORDER noted 5 INFORMATIVE motion, granting 7 Motion for |

| | | |
|---|---|---|
| | | extension of time. Service deadline October 17th, 2005 . Signed by Judge Jay A Garcia-Gregory on 9/15/05. (lr, ) (Entered: 09/15/2005) |
| 09/19/2005 | 9 | SUMMONS Returned Executed by Fernando Torres-Negron upon Marti Cuevas served on 09/07/05, answer due 9/27/2005. (Pascual, Tamara) Modified on 9/20/2005 add docket text (jg, ). (Entered: 09/19/2005) |
| 09/19/2005 | 10 | SUMMONS Returned Executed by Fernando Torres-Negron upon J&N Publishing, Inc. served on 9/8/2005, answer due 9/28/2005. (Pascual, Tamara) (Entered: 09/19/2005) |
| 09/19/2005 | 11 | SUMMONS Returned Executed by Fernando Torres-Negron upon J&N Distributor, Inc. served on 9/8/2005, answer due 9/28/2005. (Pascual, Tamara) (Entered: 09/19/2005) |
| 09/19/2005 | 12 | SUMMONS Returned Executed by Fernando Torres-Negron upon J&N Records, Inc. served on 9/8/2005, answer due 9/28/2005. (Pascual, Tamara) (Entered: 09/19/2005) |
| 09/19/2005 | 13 | SUMMONS Returned Executed by Fernando Torres-Negron upon J&N Records Distirbutors, Inc. served on 9/8/2005, answer due 9/28/2005. (Pascual, Tamara) (Entered: 09/19/2005) |
| 09/26/2005 | 14 | MOTION for Extension of Time until October 26, 2005 to File Answer *or Otherwise Plead* re: 1 Complaint filed by Fernando Torres-Negron, filed byHerman G. Colberg-Guerra on behalf of Nelson Estevez, Marti Cuevas, J&N Publishing, Inc., J&N Records, Inc., J&N Records Distirbutors, Inc., J&N Distributor, Inc., Juan Hidalgo Suggestions in opposition/response due by 10/11/2005 (Related document(s)1) (Colberg-Guerra, Herman) (Entered: 09/26/2005) |
| 10/04/2005 | 15 | ORDER granting 14 Motion for Extension of Time to Answer. Answer deadline due by 10/26/2005. Signed by Judge Jay A Garcia-Gregory on 10/04/05. (lr, ) (Entered: 10/04/2005) |
| 10/26/2005 | 16 | ANSWER to Amended Complaint filed by Herman G. Colberg-Guerra on behalf of Defendant Marti Cuevas.(Colberg-Guerra, Herman) (Entered: 10/26/2005) |
| 10/26/2005 | 17 | ANSWER to Amended Complaint filed by Herman G. Colberg-Guerra on behalf of Defendant Nelson Estevez.(Colberg-Guerra, Herman) (Entered: 10/26/2005) |
| 10/26/2005 | 18 | ANSWER to Amended Complaint filed by Herman G. Colberg-Guerra on behalf of Defendant Juan Hidalgo.(Colberg-Guerra, Herman) (Entered: 10/26/2005) |
| 10/26/2005 | 19 | ANSWER to Amended Complaint filed by Herman G. Colberg-Guerra on behalf of Defendant J&N Distributor, Inc..(Colberg-Guerra, Herman) (Entered: 10/26/2005) |
| 10/26/2005 | 20 | ANSWER to Amended Complaint filed by Herman G. Colberg-Guerra on behalf of Defendant J&N Publishing, Inc..(Colberg-Guerra, Herman) (Entered: 10/26/2005) |

| 10/26/2005 | 21 | ANSWER to Amended Complaint filed by Herman G. Colberg-Guerra on behalf of Defendant J&N Records, Inc..(Colberg-Guerra, Herman) (Entered: 10/26/2005) |
|---|---|---|
| 10/28/2005 | 22 | SCHEDULING ORDER/CASE MANAGEMENT ORDER: **Jury Trial set for 1/8/2007 09:30 AM before Judge Jay A Garcia-Gregory. Pretrial Conference and Settlement Conference set for 12/15/2006 10:00 AM before Judge Jay A Garcia-Gregory. Amended Pleadings due by 11/21/2005. Discovery due by 4/28/2006. Motions due by 8/28/2006. Proposed Pretrial Order due by 11/28/2006.** . Signed by Judge Jay A Garcia-Gregory on 10/28/05. (jg, ) (Entered: 10/28/2005) |
| 10/28/2005 | 23 | MEMORANDUM OF THE CLERK: Pursuant to Case Management Order of Judge Jay Garcia Gregory of October 28, 2005, (Docket entry #22), this case has been randomly assigned within the Case Assignment System to Honorable Justo Arenas, Chief US Magistrate Judge, for scheduling of an Initial Scheduling Conference. Signed by the Clerk on 10/28/2005. (be, ) (Entered: 10/28/2005) |
| 11/01/2005 | 24 | Minute Entry for proceedings before Judge Justo Arenas : Set Hearings. **Initial Scheduling Conference set for 2/3/2006 09:00 AM in JA's Chambers before Chief Mag. Judge Justo Arenas.** (nydi, ) (Entered: 11/01/2005) |
| 11/09/2005 |  | Filing Fee Received $150.00, receipt number 159479 re:PHV James B. Sheinbaum.SUBMIT ATTORNEY REGISTRATION FORM FOR LOGIN AND PASSWORD. (ne, ) (Entered: 11/09/2005) |
| 11/10/2005 | 25 | MOTION to Appear Pro Hac Vice Attorney James B. Sheinbaum filed byHerman G. Colberg-Guerra on behalf of J&N Publishing, Inc., J&N Records, Inc., J&N Records Distirbutors, Inc., J&N Distributor, Inc., Juan Hidalgo, Nelson Estevez, Marti Cuevas (jg, ) Modified on 11/10/2005 add filers (jg, ). (Entered: 11/10/2005) |
| 11/10/2005 | 26 | MOTION to dismiss *and or stay complaint* as to Fernando Torres-Negron filed byJorge I. Peirats on behalf of all defendants Suggestions in opposition/response due by 11/23/2005 (Peirats, Jorge) (Entered: 11/10/2005) |
| 11/10/2005 | 27 | OBJECTION *To Case Management Order* filed by all defendants Re: 22 Scheduling Order/Case Management Order, (Peirats, Jorge) (Entered: 11/10/2005) |
| 11/22/2005 | 28 | MOTION for Extension of Time until December 5, 2005 to File Response/Reply as to 26 MOTION to dismiss *and or stay complaint* as to Fernando Torres-Negron filed by A-Z Corporations,, A-Z Insurance Companies.,, J&N Publishing, Inc., J&N Records, Inc.,, J&N Records Distirbutors, Inc., J&N Distributor, Inc.,, Juan Hidalgo,, Nelson Estevez,, Marti Cuevas,, John Doe 05CV1216,, Jane Doe 05CV1216,, 27 Objection to filed by A-Z Corporations,, A-Z Insurance Companies.,, J&N Publishing, Inc., J&N Records, Inc.,, J&N Records Distirbutors, |

| | | |
|---|---|---|
| | | Inc.,, J&N Distributor, Inc.,, Juan Hidalgo,, Nelson Estevez,, Marti Cuevas,, John Doe 05CV1216,, Jane Doe 05CV1216, filed byJulio A. De la Rosa-Rive on behalf of Fernando Torres-Negron Suggestions in opposition/response due by 12/5/2005 (Related document(s)26, 27) (De la Rosa-Rive, Julio) (Entered: 11/22/2005) |
| 11/23/2005 | 29 | ORDER granting 28 Motion for Extension of Time to File Response/Reply as to 26 MOTION to dismiss and or stay complaint.Replies due by 12/5/2005. Signed by Judge Jay A Garcia-Gregory on 11/23/05. (lr, ) (Entered: 11/23/2005) |
| 11/28/2005 | 30 | ORDER granting 25 Motion to Appear PHV, filed by James B. Sheinbaum. Signed by Judge Jay A Garcia-Gregory on 11/28/05. (lr, ) (Entered: 11/28/2005) |
| 12/05/2005 | 31 | Final MOTION for extension of time until December 9, 2005 to file response filed byJulio A. De la Rosa-Rive on behalf of Fernando Torres-Negron Suggestions in opposition/response due by 12/19/2005 (De la Rosa-Rive, Julio) (Entered: 12/05/2005) |
| 12/07/2005 | 32 | ORDER granting 31 Motion for extension of time. Response due by 12/9/05 . Signed by Judge Jay A Garcia-Gregory on 12/7/05. (lr, ) (Entered: 12/07/2005) |
| 12/09/2005 | 33 | RESPONSE in Opposition to Motion *to stay and to codefendants' objections to Case Management Order* filed by Fernando Torres-Negron Re: 26 MOTION to dismiss *and or stay complaint* as to Fernando Torres-Negron filed by A-Z Corporations,, A-Z Insurance Companies.,, J&N Publishing, Inc.,, J&N Records, Inc.,, J&N Records Distirbutors, Inc.,, J&N Distributor, Inc.,, Juan Hidalgo,, Nelson Estevez,, Marti Cuevas,, John Doe 05CV1216,, Jane Doe 05CV1216,, 27 Objection to filed by A-Z Corporations,, A-Z Insurance Companies.,, J&N Publishing, Inc.,, J&N Records, Inc.,, J&N Records Distirbutors, Inc.,, J&N Distributor, Inc.,, Juan Hidalgo,, Nelson Estevez,, Marti Cuevas,, John Doe 05CV1216,, Jane Doe 05CV1216, (De la Rosa-Rive, Julio) (Entered: 12/09/2005) |
| 12/13/2005 | 34 | ORDER denying 26 Motion to Dismiss or Stay. Parties shall abide by the deadlines set by the Court in the 22 Case Management Order. Signed by Judge Jay A Garcia-Gregory on 12/13/05. (lr, ) (Entered: 12/13/2005) |
| 01/12/2006 | 35 | MOTION for Sanctions *for defendants' refusal to abide by the Case Management Order* as to J&N Publishing, Inc. filed byJulio A. De la Rosa-Rive on behalf of Fernando Torres-Negron Suggestions in opposition/response due by 1/25/2006 (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(De la Rosa-Rive, Julio) (Entered: 01/12/2006) |
| 01/13/2006 | 36 | Memorandum in Opposition to Motion *For Sanctions* filed by all defendants Re: 35 MOTION for Sanctions *for defendants' refusal to abide by the Case Management Order* as to J&N Publishing, Inc. filed by Fernando Torres-Negron, (Attachments: # 1 Exhibit A# 2 Exhibit B) (Peirats, Jorge) (Entered: 01/13/2006) |
| 01/16/2006 | 37 | Motion In Compliance *with Case Management Order* filed byJulio A. De |

| | | |
|---|---|---|
| | | la Rosa-Rive on behalf of Fernando Torres-Negron (De la Rosa-Rive, Julio) (Entered: 01/16/2006) |
| 01/17/2006 | 38 | ORDER denying 35 MOTION for Sanctions for defendants' refusal to abide by the Case Management Order. The Court reasserts the mandatory nature of the schedule set in the CMO. However, plaintiff fails to show, to this Court's satisfaction, that he has made a reasonable and good-faith effort to reach an agreement with opposing counsel before setting forth this discovery dispute. See Local Rule 26(b). Parties are thus expected not only to strictly comply with deadlines, but also to work together in order to expedite the resolution of the matter at bar. Each side shall bear its own costs . Signed by Judge Jay A Garcia-Gregory on 1/17/06. (lr, ) (Entered: 01/17/2006) |
| 02/15/2006 | 39 | Minute Entry for proceedings held before Judge Justo Arenas : Scheduling Conference held on 2/3/2006. (nydi, ) (Entered: 02/15/2006) |
| 04/07/2006 | 40 | ORDER noted 37 Motion In Compliance . Signed by Judge Jay A Garcia-Gregory on 4/7/06. (lr, ) (Entered: 04/07/2006) |
| 05/22/2006 | 41 | MOTION to Withdraw *Legal Representation* filed byJulio A. De la Rosa-Rive on behalf of Fernando Torres-Negron (De la Rosa-Rive, Julio) (Entered: 05/22/2006) |
| 05/22/2006 | 42 | ORDER granting 41 Motion to Withdraw . Signed by Judge Jay A Garcia-Gregory on 5/22/06. (lr, ) (Entered: 05/22/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 06/30/2006 11:34:14 | | | |
| **PACER Login:** | bs0651 | **Client Code:** | vasquez |
| **Description:** | Docket Report | **Search Criteria:** | 3:05-cv-01216-JAG-JA |
| **Billable Pages:** | 5 | **Cost:** | 0.40 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE ROBLES VASQUEZ p/k/a RALDY )
VASQUEZ and CAMPESINO ENTERTAINMENT )
GROUP, INC., )
           Plaintiff, )
            )  06 Civ. 0619(CM)
            )
            )
      v. ) **CERTIFICATE OF SERVICE**
            )
FERNANDO TORRES NEGRON, TOMARA )
SOSA-PASCUAL and JULIO DE LA )
ROSA-RIVE, )
            )
          Defendants. )
----------------------------------------- )

    I HEREBY CERTIFY that on June 30 2006, a true and correct
copy of Plaintiffs' "Affidavit in Opposition to Defendant's
Motion To Change Venue Pursuant to 28 U.S.C. §1404(a)" was served
on William R. Bennett, III, Esq., Defendants' attorney in this
action, via facsimile:

        William R. Bennett, Esq.
        Bennett, Giuliano, McDonnell & Perrone, LLP
        225 West 34th Street, Suite 402
        New York, New York 10122
        Fax No. (646) 328-0121


Dated:  New York, New York
      June 30 , 2006

                 By James B. Sheinbaum(JS 0291)

                 Borstein & Sheinbaum
                 Attorney for Plaintiffs
                 420 Lexington Avenue, Suite 2920
                 New York, NY 10170
                 Tel: (212) 687-1600