# Bennett, Giuliano, McDonnell & Ferrone, LLP

225 West 34th Street, Suite 402
New York, New York 10122

**New Jersey Office:**
201 Littleton Road
P.O. Box 513
Morris Plains, NJ 07950
Tel. (973) 387-0486
Fax (973) 796-2884

Telephone: (646) 328-0120
Telefax:    (646) 328-0121
www.bgmplaw.com

**Florida Office:**
6615 W. Boynton Beach Blvd.
Boynton Beach, FL 33437
No. 351
Tel. (561) 337-8816
Fax (561) 337-4653

William R. Bennett, III *Partner*
wbennett@bgmplaw.com

July 26, 2006
(Via fax 914-390-4152)

(Our File: D492)
\*   \*   \*

Hon. Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

RECEIVED
JUL 2 6 2006
CHAMBERS OF
COLLEEN McMAHON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re:   Vasquez, et al. v. Torres-Negron, et al.
      06-cv-00619 (CM)(MDF)

Dear Judge McMahon:

    We represent the defendant Torres-Negron in the referenced matter and write to advise the Court that Plaintiff's papers in opposition to defendant's motion to transfer the matter to Puerto Rico, which is pending before your Honor, contains a serious misrepresentation.

    The undersigned was recently advised by counsel in Puerto Rico that relevant witnesses associated with Sony BMG and EMI Latin are not located in New York as stated by plaintiff. Rather, the offices of Sony BMG and EMI Latin's for the Latin market are located in Miami. Accordingly, the only witness located in New York appears to Ms. Marti Cuevas, principal of defendant Campesino Entertainment Group.

Respectfully submitted,

William R. Bennett, III

cc:  James Sheinbaum, Esq.
     Bornstein & Sheinbaum
     212.687.8710

---

7/26/06 — The Court interprets this letter as a motion for reconsideration of the Court's 7/21 decision. The motion is denied. The case stays in this court.