# Bennett, Giuliano, McDonnell & Perrone, LLP

**225 West 34th Street, Suite 402**
**New York, New York  10122**

*New Jersey Office:*

201 Littleton Road
P.O. Box 513
Morris Plains, NJ  07950
Tel. (973) 387-0486
Fax (973) 796-2884

Telephone:  (646) 328-0120
Telefax:     (646) 328-012
www.bgmplaw.com

*Florida Office:*

6675 W. Boynton Beach Blvd.
Boynton Beach, FL  33437
No. 351
Tel. (561) 337-8816
Fax (561) 337-4653

**William R. Bennett, III** *Partner*
wbennett@bgmplaw.com

September 5, 2006
(Via fax 914-390-4152)

(Our File: D492)

\* \* \*

Hon. Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

**Copies mailed / handed / faxed to counsel** 9/6/06

        Re:    **Vasquez, et al. v. Torres-Negron, et al.**
               06-cv-00619 (CM)(MDF)

Dear Judge McMahon:

        We represent the defendant Torres-Negron in the referenced matter and attach hereto for your review the Application for Special Admission *Pro Hac Vice* of Ms. Tamara Sosa Pascual. Ms. Pascual represents Mr. Torres-Negron in the two related actions pending in Puerto Rico.

        The parties will be conducting the depositions of the plaintiffs this Thursday and Friday and we would like Ms. Pascual to appear as one of the attorneys of record. We believe Ms. Pascual's knowledge of the facts will assist in the conducting the deposition in an efficient manner.

                                Respectfully submitted,

                                William R. Bennett, III

cc:   James Sheinbaum, Esq.
      Bornstein & Sheinbaum
      212.687.8710

RECEIVED
SEP - 5 2006
CHAMBERS OF
COLLEEN McMAHON

USDC SDNY MICROFILM SEP 06 2006

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED:

U.S. DISTRICT COURT
FILED
SEP 06 2006
W.P.
S.D. OF N.Y.

Application granted
9/5/06

225 West 34th Street, Suite 402
New York, New York 10122
Telephone:    (646) 328-0120
Fax:          (646) 328-0121
William R. Bennett, III (WB 1383)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X

FELIPE ROBLES VÁSQUEZ p/k/a RALDY
VÁSQUEZ and CAMPESINO MUSIC
ENTERTAINMENT GROUP, INC.,

                                    NO. 06 CV 0619
                                    (Mc Mahon)

                                    Plaintiffs,

                    -against-

FERNANDO TORRES-NEGRÓN,

                                    Defendant.

-------------------------------------------------------X

## APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

I, Tamara Sosa Pascual, hereby request to be admitted *pro hac vice* in the referenced

matter, and declare under the penalty of perjury that the following is true and correct:

(A)    **Personal Data:**

        (1) Name:  **TAMARA SOSA PASCUAL, ESQ**

        (2) Firm Affiliation:  **PASCUAL MORAN & ASSOCIATES, C.S.P.**

        (3) Mailing Address, City, State and Zip Code:

                **PMB 137 Ponce De Leon Ave., 1507, San Juan Puerto Rico**

        (4) E-mail Address:  **tamara@pascualmoran.com**

        (5) Telephone Number:  **(787) 722-7575**

        (6) Fax Number:      **(787) 722-7579**



(1) State Bar Admissions:

    (a)   Puerto Rico Bar
          Good Standing
          Admitted:  1999
          Bar ID:    14040

(2)  Federal Bar Admissions:

    (a)    United States District Court for the District of Puerto Rico
           Good Standing
           Admitted: 2001
           Bar ID: #217410

    (b)    First Circuit Court of Appeals
           Good Standing
           Admitted: 2001
           Bar ID: #68973



**(C)**    **Certification of Disciplinary Proceedings:**

    __X__   I certify that I am not now, nor have I ever been, subject to any disciplinary action by any state or federal bar association or administrative agency; or,

    _____   I certify that I am now, or have been subject, to disciplinary action from a state or federal bar association or administrative agency. (Attach a letter of explanation to this application.

**(D)**    **Certification of Professional Liability Insurance:**  I have a professional liability insurance policy which is current, and that policy will remain in effect during the course of these proceedings.

**(E)**    **Representation Statement:**  I am representing the following party(s) in this case: The defendant Fernando Torres-Negron

**(F)**    **CM/ECF Registration:**  Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access

**2. Certification of associated Local Counsel:** I, William R. Bennett, certify the information contained in this application is true, that I am member in good standing of the Bar of this Court and that I will serve as designated local counsel in this particular case.

DATED this  1st  day of September, 2006

Tamara Sosa Pascual, ESQ
PASCUAL MORAN & ASSOCIATES, C.S.P.

PMB 137 Ponce De Leon Ave., 1507
San Juan Puerto Rico
tamara@pascualmoran.com
Tel (787) 722-7575

William R. Bennett, III
BENNETT, GIULIANO, McDONNELL
     & PERRONE, LLP
225 West 34th Street, Suite 402
New York, New York 10122-0402
wbennett@bgmplaw.com
(646) 328-0120

Z:\Documents\All Files\D.145 Cape Insurance\Pleadings\Application\Special\Adm-Pro Hac Vice-09248)6.doc

3