# Bennett, Giuliano, McDonnell & Perrone, LLP

**New Jersey Office:**

201 Littleton Road
P.O. Box 513
Morris Plains, NJ 07950
Tel. (973) 387-0498
Fax (973) 798-2854

**225 West 34th Street, Suite 402**
**New York, New York 10122**

Telephone: (646) 328-0120
Telefax:     (646) 328-0121
www.bgmplaw.com

**Florida Office:**

6615 West Boynton Beach Blvd.
No. 351
Boynton Beach, FL 33437
Tel. (561) 337-8815
Fax (561) 337-4853

William R. Bennett, III, *Partner*
wbennett@bgmplaw.com

December 11, 2006
**VIA FAX (914) 390-4152**



*Our File: D492*

✦  ✦  ✦

Hon. Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601-4150

Re:    **Vasquez, et al. v. Torres-Negron**
       06-cv-00619 (CM)(MDF)

Dear Judge McMahon:

We represent the defendant in the referenced matter and write to request, with the consent of plaintiffs' counsel, that the date to file the Joint Pre-Trial Order presently scheduled for December 15, 2006 be adjourned until January 19, 2007.

The parties completed discovery just prior to Thanksgiving when the deposition of plaintiff's expert was conducted, and the parties would like the opportunity to explore whether a settlement can be reached. Also, defendant believes there is a good faith basis for a motion for summary judgment and is evaluating whether one should be made.

No other requests for an adjournment have been made.

Very truly yours,

William R. Bennett, III

/bm

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED:

Hon. Colleen McMahon
December 11, 2006
Page 2


cc:     **VIA FAX (212) 687-8710**
        James Sheinbaum, Esq.
        Bornstein & Sheinbaum
        420 Lexington Ave., Suite 2920
        New York, New York 10170


Z \Documents\All Files\D492 Campaone Ent\Lauen\Judge-McMahon-ec/Sheinbaum-hcAdlFileDoc-ViaFax-121106.dox