Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendant Fernando Torres Negron
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:   (646) 328-0120
Fax:              (646) 328-0121
William R. Bennett, III (WB 1383)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FELIPE ROBLES VÁSQUEZ p/k/a RALDY                NO. 06 CV 0619
VÁSQUEZ and CAMPESINO MUSIC                       (Mc Mahon)
ENTERTAINMENT GROUP, INC.,

                              Plaintiffs,

            -against-

FERNANDO TORRES-NEGRÓN,

                              Defendant.
------------------------------------------------------------X

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law, Rule 56.1 Statement, and Declaration of Fernando Torres-Negrón dated January 17, 2007, together with all the exhibits attached thereto, as well as all of the prior pleadings and papers filed herein, a motion for summary judgment dismissing the complaint will be made before this Honorable Court on the grounds that (1) the plaintiff's claim is time barred; and (2) defendant did not infringe on plaintiff's song *Nena Linda*.

Dated: New York, New York
           January 17, 2007

Yours, etc.

Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendant
FERNANDO TORRES-NEGRÓN

_____
William R. Bennett, III
225 West 34th Street, Suite 402
New York, New York 10122
Telephone:   (646) 328-0120

Z:\Documents\All Files\D492 Campesino Ent\Pleadings\NotMotSJ-122806.doc