```
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
FELIPE ROBLES VASQUEZ p/k/a RALDY
VASQUEZ and CAMPESINO ENTERTAINMENT          06 Civ. 0619(CM)
GROUP, INC.,


                    Plaintiffs,


      -against-                              Notice Of Motion


FERNANDO TORRES NEGRON, TOMARA
SOSA-PASCUAL and JULIO DE LA
ROSA-RIVE,


                    Defendants.
----------------------------------------X
```

PLEASE TAKE NOTICE that Plaintiffs Felipe Robles Vasquez and Campesino Entertainment Group, Inc. will move this Court (United States District Judge Colleen McMahon) at 500 Pearl Street, New York New York pursuant to Southern District Local Rule 6.3 for reconsideration of an Order dated July 11, 2007 ("Order") granting in part and denying in part a motion for summary judgment of Defendant Fernando Torres Negron ("Motion") and, upon reconsideration, for an order denying the Motion in so far as the Motion sought and the Order granted dismissal of Plaintiffs' claims of copyright infringement based upon settlement agreements between Defendant Torres and EMI-Latin ("EMI"), Sony BMG Music Entertainment US Latin LLC ("Sony") and Universal Music & Video Distribution Corp. ("Universal"), respectively, and for such

1

other and further relief as may be just and proper.

Dated: New York, New York

   July 20, 2007

            Borstein & Sheinbaum
            Attorneys For Plaintiffs

           By: _____
            James B. Sheinbaum (JS 0291)

            420 Lexington Avenue
            Suite 2920
            New York, New York 10170
            Tel. No. (212) 687-1600
            Fax No. (212) 687-8710

To:
 William R. Bennett, III Esq.
 Bennett, Guiliano, McDonald & Perrone, LLP
 Attorneys for Defendant Fernando Torres Negron
 225 West 34th Street, Suite 402
 New York, New York 10122
 Tel. No. (646) 328-0120
 Fax No. (646) 328-0121