# Certificate of Service

I, James B. Sheinbaum, hereby certify that on July 20, 2007, I caused true and correct copies of Plaintiffs' Notice of Motion and Memorandum In Support of Plaintiffs' Motion For Reconsideration, to be served by fax upon William R. Bennett, III, of Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for defendant Fernando Torres-Negron, 225 West 34th Street, Suite 402, New York, New York 10122, at fax number (646) 328-0121.

Dated: New York, New York
July 20, 2007

_____
James B. Sheinbaum