# MEMO ENDORSED

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
FELIPE ROBLES VASQUEZ p/k/a RALDY
VASQUEZ and CAMPESINO ENTERTAINMENT     06 Civ. 0619(CM)
GROUP, INC.,

                    Plaintiffs,

    -against-                         Notice Of Motion

FERNANDO TORRES NEGRON, TOMARA
SOSA-PASCUAL and JULIO DE LA
ROSA-RIVE,

                    Defendants.
----------------------------------X

    PLEASE TAKE NOTICE that Plaintiffs Felipe Robles Vasquez and Campesino Entertainment Group, Inc. will move this Court (United States District Judge Colleen McMahon) at 500 Pearl Street, New York New York pursuant to Southern District Local Rule 6.3 for reconsideration of an Order dated July 11, 2007 ("Order") granting in part and denying in part a motion for summary judgment of Defendant Fernando Torres Negron ("Motion") and, upon reconsideration, for an order denying the Motion in so far as the Motion sought and the Order granted dismissal of Plaintiffs' claims of copyright infringement based upon settlement agreements between Defendant Torres and EMI-Latin ("EMI"), Sony BMG Music Entertainment US Latin LLC ("Sony") and Universal Music & Video Distribution Corp. ("Universal"), respectively, and for such

7/23/07 *Motion denied*

1

other and further relief as may be just and proper.

Dated: New York, New York

      July 20, 2007

                                        Borstein & Sheinbaum
                                        Attorneys For Plaintiffs

                                        By: _____
                                        James B. Sheinbaum (JS 0291)

                                        420 Lexington Avenue
                                        Suite 2920
                                        New York, New York 10170
                                        Tel. No. (212) 687-1600
                                        Fax No. (212) 687-8710

To:
    William R. Bennett, III Esq.
    Bennett, Guiliano, McDonald & Perrone, LLP
    Attorneys for Defendant Fernando Torres Negron
    225 West 34th Street, Suite 402
    New York, New York 10122
    Tel. No. (646) 328-0120
    Fax No. (646) 328-0121