UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FELIPE ROBLES VASQUEZ, p/k/a/ RALDY
VASQUEZ and CAMPESINO MUSIC
ENTERTAINMENT GROUP, INC.,

                Plaintiffs,                              06 Civ. 619 (CM)

    -against-

FERNANDO TORRES-NEGRON,

                Defendant.

------------------------------------------------------------x

                ORDER TRANSFERRING CASE AND SETTING FOR TRIAL

McMahon, J.:

        This matter is hereby transferred to The Hon. Thomas Zilly, of the United States District Court for the Western District of Washington. Judge Zilly will be sitting as a visiting judge in the Southern District of New York later this month. He asks me to advise counsel of the following:

        1. The case has been calendared for trial on Monday, April 21, 2008, at 10 AM.

        2. Plaintiff's counsel are to call check with defendant's counsel to ascertain a mutually agreeable time for a telephone conference with Judge Zilly and then conference Judge Zilly's chambers, (206) 370-8830, to set up the conference. Judge Zilly will conference this case no later than next Monday, April 7, 2008.

        Judge Zilly has reviewed the file and is fully familiar with the matter. Counsel should direct any further inquiries to his chambers.

Dated: New York, New York
          April 2, 2008

                                                                     U.S.D.J.

BY ECF TO ALL COUNSEL

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ____ / DATE FILED: 4/2/08]