```
UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
FELIPE ROBLES VASQUEZ p/k/a RALDY
VASQUEZ and CAMPESINO ENTERTAINMENT        06 Civ. 0619(CM)
GROUP, INC.,


                        Plaintiffs,


        -against-                          Notice Of Motion


FERNANDO TORRES NEGRON, TOMARA
SOSA-PASCUAL and JULIO DE LA
ROSA-RIVE,
                                           Oral Argument Requested

                        Defendants.
------------------------------------X
```

PLEASE TAKE NOTICE that Plaintiffs Felipe Robles Vasquez and Campesino Entertainment Group, Inc. will move this Court (United States District Judge Thomas S. Zilly, sitting by designation) at 500 Pearl Street, New York New York on the 30th day of April 2008 at 10:00 a.m. for an order:

(a) pursuant to Fed.R.Evid. 201(d) taking judicial notice of certain adjudicative facts;

(b) pursuant to Fed.R.Fed.R.Civ.P. 15(a)(2) granting Plaintiffs leave to amend the complaint in this action to add and include a count for unjust enrichment and

1

   (c) for such other and further relief as may be just and proper.

Dated: New York, New York
   April 18, 2008

                                        Borstein & Sheinbaum
                                        Attorneys For Plaintiffs

                                        By: /s/ James B. Sheinbaum
                                        James B. Sheinbaum (JS 0291)

                                        420 Lexington Avenue
                                        Suite 2920
                                        New York, New York 10170
                                        Tel. No. (212) 687-1600
                                        Fax No. (212) 687-8710

To:
   William R. Bennett, III Esq.
   Bennett, Guiliano, McDonald & Perrone, LLP
   Attorneys for Defendant Fernando Torres Negron
   494 Eighth Avenue
   7th floor
   New York, New York 10001
   Tel. No. (646) 328-0120
   Fax No. (646) 328-0121

2