USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE ROBLES VASQUEZ p/k/a RALDY VASQUEZ and CAMPESINO ENTERTAINMENT GROUP, INC.,

    Plaintiffs,

v.

FERNANDO TORRES NEGRON, TOMARA SOSA-PASCUAL and JULIO DE LA ROSE-RIVE,

    Defendants.

C06-619CM (TSZ)

MINUTE ORDER

　　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　　(1)　Trial in this matter is CONTINUED from April 21, 2008, to April 30, 2008. Trial will commence at 10:00 a.m. on Wednesday, April 30, 2008.

　　　　(2)　The Court will impose time limits on the parties' presentation of their cases to ensure completion of the trial by May 2, 2008.

　　　　(3)　The parties may file trial briefs, not to exceed 10 pages in length, by April 18, 2008, and address any legal issues remaining for trial. The parties should not repeat arguments made in Plaintiffs' Pretrial Statement, docket no. 38, or in the Proposed Pretrial Order, docket no. 37.

　　　　(4)　The Clerk is directed to send a copy of this Minute Order to all counsel of record.

　　　　Filed and entered this 10th day of April, 2008.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas S. Zilly
　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. ZILLY
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

MINUTE ORDER　1–