

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELIPE ROBLES VASQUEZ p/k/a RALDY VASQUEZ and CAMPESINO ENTERTAINMENT GROUP, INC.,

    Plaintiffs,

v.

FERNANDO TORRES NEGRON, TOMARA SOSA-PASCUAL and JULIO DE LA ROSE-RIVE,

    Defendants.

C06-619CM (TSZ)

MINUTE ORDER

    The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

    (1)    Trial in this matter is CONTINUED from April 30, 2008, to May 1, 2008. Trial will commence at 10:00 a.m. on Thursday, May 1, 2008.

    (2)    The Court will hear oral argument on plaintiffs' motion for leave to amend their complaint before taking evidence in this matter. Messrs. Vasquez and Torres Negron need not be present for oral argument or the presentation of documentary evidence.

    (3)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 29th day of April, 2008.

THOMAS S. ZILLY
United States District Judge

MINUTE ORDER  1–